# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH SIMMONS, JR.,

        Plaintiff,

v.                                    CIVIL CASE NO. 05-60017
                                      HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on January 18, 2006, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and Defendant's Motion for Summary Judgment is **GRANTED.  IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED.**

                                                        s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        UNITED STATES DISTRICT JUDGE

DATED: February 13, 2006

## CERTIFICATE OF SERVICE

A Copy of this Order was served upon Mikel Lupisella, and Janet Parker, on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK
